# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**DAVID BOOTH**
    **Plaintiff,**

-vs-                                                          Case No.  C-1-03-660

**ROADWAY EXPRESS, INC, et al.**

## JUDGMENT IN A CIVIL CASE

      **Jury Verdict.**     This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**     **Decision by Court.**     This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Report & Recommendation of the Magistrate (doc. 39) is ADOPTED.  Defendants Motion for Summary Judgment  (doc. 30) is GRANTED.  Plaintiff's Motion for Summary Judgment (doc. 31) is DENIED.  This case is DISMISSED AND TERMINATED on the docket of this Court at plaintiff's cost.

Date:  July 21, 2005                                       JAMES BONINI, CLERK

                                                            By:s/   Paul Hennessey
                                                            Paul Hennessey, Deputy Clerk